United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: 12-80074 CRB (JSC) |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: ENFORCEMENT OF PLAINTIFF'S ADMINISTRATIVE SUBPOENA** |
| v. | |
| HUNTINGTON RESTAURANTS, INC., | |
| Defendant. | |

Now pending before the Court is Plaintiff's motion to enforce an administrative subpoena served on Defendant on May 6, 2011. (Dkt. No. 1.)  This subpoena seeks documents related to Plaintiff's investigation of Defendant for sex discrimination against Cristina Camacho.  The Court orders Defendant to show cause as to why this administrative subpoena should not be enforced.  Defendant's response shall be filed by March 30, 2012.  Plaintiff shall file any reply by April 6, 2012.  The Court will hear oral argument by the parties on April 26, 2012 at 9:00 a.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue in San Francisco.  Plaintiff shall serve a copy of this Order on Defendant by March 21, 2012.

**IT IS SO ORDERED.**

Dated: March 16, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE