United States District Court
Northern District of California

1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12   U.S. EQUAL EMPLOYMENT              Case No.: C12-80074 CRB (JSC)
     OPPORTUNITY COMMISSION,
                                       **ORDER TO MEET AND CONFER RE:**
13                                     **ENFORCEMENT OF PLAINTIFF'S**
              Plaintiff,               **ADMINISTRATIVE SUBPOENA**
14
          v.
15
     HUNTINGTON RESTAURANTS, INC.,
16
              Defendant.
17

18          Now pending before the Court is Plaintiff's motion to enforce an administrative

19   subpoena served on Defendant on May 6, 2011. (Dkt. No. 1.)  This subpoena seeks documents

20   related to Plaintiff's investigation of Defendant for sex discrimination against Cristina

21   Camacho.  Plaintiff also seeks compensation for the cost of bringing this motion.  The Court

22   ordered Defendant to show cause as to why this administrative subpoena should not be

23   enforced. (Dkt. No. 5.)  Defendant responded that Huntington had attempted to comply with

24   much of the EEOC's subpoena but protested certain requests as privileged, protected by

25   privacy rights, overly broad, or irrelevant. (Dkt. No. 7 at 4.)  Plaintiff's reply narrowed the

26   information sought and clarified the subpoena requests with regard to Defendant's privacy and

27   privilege concerns.  (Dkt. No. 8.)  In light of these communications, the parties are ordered to

28   meet and confer in person at the offices of the EEOC on or before Friday, April 20, 2012.  To

the extent any subpoena requests remain disputed after this in-person meeting, both parties shall outline the contested issues in a joint letter of not more than eight pages to be filed with the Court on or before Wednesday, April 25, 2012.  If necessary, the Court will hear argument on these issues, including Plaintiff's motion for costs and fees, at the scheduled hearing on April 26, 2012.

**IT IS SO ORDERED.**

Dated:  April 16, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE